IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CHARLES MILOSLAVICH,

       Petitioner,                No. CIV S-07-1319 GEB GGH P

     vs.

A. HEDGEPETH,

       Respondent.             FINDINGS AND RECOMMENDATIONS

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       Petitioner's petition was filed with the court on July 5, 2007. The court's own records reveal that on July 3, 2007, petitioner filed a petition containing virtually identical allegations against the same respondents. (No. Civ. S-07-1315 FCD CMK P).[1] Due to the duplicative nature of the present action, the court recommends that it be dismissed. Rule 4, Federal Rules Governing Section 2254 Cases.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 8/1/07

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

mil1319.dup